James J. Halligan, Esq.
PA Bar No. 309841
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1187
Facsimile: (215) 979-1020
Email: jjhalligan@duanemorris.com

*Attorneys for Plaintiff Paul Henry Cordwell*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL HENRY CORDWELL,<br>71 Collingbourne Kingston<br>Malborough, SN8 3SD,<br>United Kingdom<br><br>Plaintiff,<br><br>v.<br><br>KENJIRO LUCAS a/k/a RED MCFLY,<br>3028 North Ruch Street<br>Whitehall, PA 18052<br><br>Defendant. | CASE NO.: _____<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Paul Henry Cordwell ("Plaintiff"), by his undersigned attorneys, Duane Morris LLP, for his Complaint alleges as follows:

### SUBSTANCE OF THE ACTION

1. This is a case of willful copyright infringement in violation of 17 U.S.C. §§ 106(1) and 501. Plaintiff seeks compensatory damages in an amount to be established at trial.

---
COMPLAINT FOR COPYRIGHT INFRINGEMENT

## PARTIES

2. Plaintiff Paul Henry Cordwell is an individual doing business as Paul Cordwell Photography Limited and has a mailing address at 71 Collingbourne Kingston, Marlborough, SN8 3SD, United Kingdom.

3. Upon information and belief, defendant Kenjiro Lucas is an individual musical artist who uses the performance name "Red McFly" and does related business promoting his music and related interests by and through the entity Take Flight Society Wear LLC ("Defendant"). On information and belief, Defendant resides and has a principal place of business at 3028 North Ruch Street, Whitehall, Pennsylvania, 18052.

## JURISDICTION AND VENUE

4. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, and therefore this Court has jurisdiction under 17 U.S.C. § 101 *et seq.*, 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338(a) (jurisdiction over copyright actions).

5. Personal jurisdiction over Defendant is proper. Defendant is conducting business and has committed a tort in this District, causing Plaintiff to suffer harm in this State and District.

6. Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims asserted occurred in this Judicial District.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### A. Plaintiff's Business

7. Plaintiff is a professional photographer who creates and licenses photographic images for various uses.

8. Plaintiff provides creative and made-to-order imagery for the aviation markets, specializing in industrial & advertising business aviation photography. Among the many highly stylized and unique photographs created by Plaintiff, Plaintiff

is the original author of a popular photographic image of a jet plane, entitled "Cordwell (CA_5520_MG_0340-1Big)," the photographic work that is at issue in this infringement action (the "Copyrighted Work").

9. Attached hereto as **Exhibit A** is a copy of the original photographic image that is the Copyrighted Work.

10. Plaintiff has obtained the following registration with the United States Copyright Office for Cordwell (CA_5520_MG_0340-1Big) ("Cordwell"): VA 1-968-855. Attached hereto as **Exhibit B** is a copy of the registration VA 1-968-855 as issued by the United States Copyright Office.

11. Plaintiff is the exclusive owner of all rights, title, and interest, including copyrights, in and to the Copyrighted Work.

B. Defendant's Unlawful Activities

12. On information and belief, Defendant is a resident of Pennsylvania who creates music and performs as a musical artist under the name "Red McFly." Upon information and belief, Defendant also designs and sells clothing in connection with and promotion of his music by and through his company, Take Flight Society Wear LLC.

13. Upon information and belief, on March 3, 2015, Defendant released an album entitled "Take Flight Society Clothing Presents: The Good Fly Young, Hosted by Red McFly" (the "Album").

14. The Album's cover contains an infringing reproduction and display of the Copyrighted Work.

15. During the period relevant to this infringement action, Defendant has promoted and advertised himself, his music and merchandise at least at the websites located at the URLs:

- http://www.redmcfly.com/;
- http://www.takeflightsociety.com/;

3
COMPLAINT FOR COPYRIGHT INFRINGEMENT

- http://www.thisisred.net/;
- http://www.ceezworld.com;
- http://www.audiomack.com;
- http://www.getrightmusic.com;
- http://www.itsbizkit.com;
- http://redmcfly.tumblr.com;
- https://www.linkedin.com/pub/red-mcfly/26/674/4a8; and
- https://www.facebook.com/Redmcfly.

16. Plaintiff has discovered numerous instances in which Defendant has infringed Plaintiff's exclusive copyright in the Copyrighted Work by reproducing, distributing, and/or publicly displaying the Copyrighted Work to promote Defendant's Album and his merchandise at websites located at the following URLs:

- http://assets.audiomack.com/red-mcfly/b7d542e4f1bbe5128ea0c24108b83642-275-275.jpeg;
- http://assets.audiomack.com/red-mcfly/57c38167745f6f6cfe0337b204a5118a.jpeg;
- http://41.media.tumblr.com/04fc213b57c8311331b310f603d00ade/tumblr_nko2vh0Fss1qd3yzmo1_1280.jpg;
- http://www.getrightmusic.com/images/covers/8fe2206df9523c53e3eae3cc0d69f655-260-260.jpeg;
- http://www.ceezworld.com/2015/03/mixtape-take-flight-society-presents.html;
- http://www.audiomack.com/album/red-mcfly/takeflight-society-presents-the-good-fly-young-hosted-by-red-mcfly;
- http://www.audiomack.com/song/red-mcfly/only-time-free-instrumental;
- http://hiphopinstrumentals365.tumblr.com/post/113267606836/take-flight-society-clothing-presents-the-good;
- http://www.audioback.xyz/album/red-mcfly/takeflight-society-presents-the-good-fly-young-hosted-by-red-mcfly;

- http://www.redmcfly.com/;
- http://redmcfly.tumblr.com/post/112659938015/takeflight-society-presents-the-good-fly-young;
- http://itsbizkit.com/2015/03/04/music-flight-society-clothing-presents-the-good-fly-young-hosted-red-mcfly-mixtape/;
- http://www.audiomack.com/song/red-mcfly/red-mcfly-trillmatic;
- http://hiphopsince1987.com/2015/music/take-flight-society-clothing-presents-the-good-fly-young-hosted-by-red-mcfly-mixtape/;
- http://www.getrightmusic.com/mixtape/post/various-artists287;
- http://itsbizkit.com/wp-content/uploads/2015/03/unnamed3.jpg; and
- http://cdn3.hiphopsince1987.com/wp-content/uploads/2015/03/Take_Flight_Society_Clothing-435x375.jpg.

17. Defendant's reproduction, distribution, and public display of the Copyrighted Work is without Plaintiff's permission. Copies of screenshots demonstrating Defendant's unauthorized use ("Infringing Works") are attached hereto as **Exhibit C**.

18. Through counsel, Plaintiff served written notice on Defendant of his infringement of Plaintiff's exclusive rights, demanding that Defendant cease and desist such infringement and compensate Plaintiff for the otherwise unauthorized appropriation of his Copyrighted Work.

19. Defendant has failed and refused to respond to the written demands served by Plaintiff's counsel.

20. Despite Plaintiff's written demand, Defendant has failed to terminate all infringing uses, displays and distributions of Infringing Works, and he continues to display and distribute Plaintiff's Copyrighted Work along with the Album, as well as promote his Album by displaying the Copyrighted Work, contrary to Plaintiff's express demand.

21. Defendant has failed and refused to compensate Plaintiff for the unauthorized reproduction, distribution and display of the Copyrighted Work.

22. Defendant has profited from its display, distribution and use of the Infringing Works.

23. Defendant's refusal to respond to the written notice and demand served by Plaintiff's counsel and his refusal to offer any compensation for his unauthorized uses of the Copyrighted Work for his own commercial benefit indicates that Defendant's infringements of Plaintiff's exclusive rights in the Copyrighted Work has been and continues to be intentional.

## CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT
## (17 U.S.C. § 101 *et seq.*)

24. Plaintiff realleges paragraphs 1 through 23 above and incorporates them by reference as if fully set forth herein.

25. The Copyrighted Work is an original work of authorship, embodying copyrightable subject matter, subject to the full protection of the United States copyright laws. Plaintiff exclusively owns all rights, title and interest in and to the copyrights in the Copyrighted Work.

26. Upon information and belief, as a result of Plaintiff's publication of the Copyrighted Work, Defendant had access to the Copyrighted Work prior to the creation of the Infringing Works.

27. By its actions, as alleged above, Defendant has infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501 *et seq.*, by reproducing the Copyrighted Work, and by distributing and publicly displaying the Infringing Works, all without permission or authorization.

28. Defendant's infringement of Plaintiff's copyrights has been and continues to be willful and deliberate and Defendant has intentionally profited at the expense of the Plaintiff by means of his infringements.

29. As a direct and proximate result of Defendant's infringement of Plaintiff's exclusive rights in the Copyrighted Work, Plaintiff is entitled to his actual

damages, pursuant to 17 U.S.C. § 504(b), in an amount to be determined at trial, plus disgorgement of Defendant's profits resulting from his unauthorized reproduction and use of the Copyrighted Work and the distributions and public displays of his Infringing Works.

30. Alternatively, and as a matter of Plaintiff's choice, Plaintiff is entitled to recover statutory damages, in an amount to be established at trial, up to a maximum of $150,000 based on Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2), or up to a maximum of $30,000 pursuant to 17 U.S.C. § 504(c)(1).

31. Plaintiff is entitled to recover his costs and attorneys' fees as prevailing party in this lawsuit, pursuant to 17 U.S.C. § 505.

32. Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff, unless enjoined by this Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment in his favor as follows:

1. A declaration that Defendant has infringed Plaintiff's copyright under the Copyright Act;

2. A declaration that such infringement is willful;

3. An award of Plaintiff's actual damages, including his lost license fees and related losses, in amounts to be determined at trial, pursuant to 17 U.S.C. § 504(b);

4. Disgorgement of Defendant's profits attributable to Defendant's infringement of Plaintiff's copyrights, pursuant to 17 U.S.C. § 504(b);

5. An award of interest, including pre-judgment interest, on the foregoing sums;

6. A permanent injunction enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all

those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to copy, distribute, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop or manufacture any works derived or copied from the Plaintiffs' Copyrighted Work or to participate or assist in any such activity; and

      7.     For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated: July 22, 2016

**DUANE MORRIS LLP**

By: *[signature]*

James J. Halligan, Esq.
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1187
Email: jjhaligan@duanemorris.com

*Attorneys for Plaintiff Paul Henry Cordwell*